UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                       Plaintiff,

-against-

REINHART FOOD SERVICE, ET AL.,

                      Defendants.

20-CV-5660 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 22, 2020, denying Plaintiff's application to proceed *in forma pauperis*,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* is denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of Court documents.

SO ORDERED.

Dated:   July 22, 2020
           New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge